UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KASHIF M. ROBERTSON, | : | CIVIL NO: 1:14-CV-00846 |
| | : | |
| Plaintiff | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | (Magistrate Judge Schwab) |
| DARRIN A. BATES, | : | |
| NICHOLAS ISHMAN and | : | |
| JOSHUA HAMMER, | : | |
| | : | |
| Defendants | : | |

## ORDER
June 30, 2014

**IT IS ORDERED** that the plaintiff's motion for leave to proceed *in forma pauperis* is **GRANTED**. **IT IS FURTHER ORDERED** that the Clerk of Court shall serve the complaint on the defendants in accordance with Fed.R.Civ.P. 4.[1]

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge

---

[1] The Marshal shall send the form Notice of Lawsuit and Request for Waiver of Service of Summons to the defendants.