UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KASHIF M. ROBERTSON, | : CIVIL NO: 1:14-CV-00846 |
| Plaintiff | : |
| | : (Judge Kane) |
| v. | : |
| | : (Magistrate Judge Schwab) |
| DARRIN A. BATES, | : |
| NICHOLAS ISHMAN and | : |
| JOSHUA HAMMER, | : |
| Defendants | : |

## ORDER
January 14, 2015

On January 12, 2015, the plaintiff, Kashif Robertson, filed a letter (doc. 12) asking the Court to stay this case and asking for three USM 285 forms. We have directed the Clerk of Court to send Robertson three USM 285 forms.

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, an application to the court for an order must be made by a written motion. Since Robertson has not filed a motion, we will take no action on his letter request for a stay. Robertson may file an appropriate motion and a brief in support.

For Robertson's benefit, we note that a motion should be a short document titled or captioned as a motion in which the litigant requests the relief that he is seeking. With limited exceptions, pursuant to Local Rule 7.5, a separate brief must be filed in support of a motion within fourteen days of the filing of the motion. A

brief in support of a motion is a separate document from the motion and should be titled or captioned as a brief in support of the motion.   In a brief, a litigant sets forth his arguments for why he should be granted the relief requested in the motion.  Under our Rules of Court, it is the filing of the moving party's brief in support of a motion that gives rise to the duty and the opportunity of other party to file a brief stating his position as to the request being made by the moving party.   Proceeding by motion and briefing ensures that all parties have had the opportunity to present their views to the court before the court decides a substantive issue.

    **IT IS ORDERED** that the Court will take no action on Robertson's letter (doc. 12) request for a stay.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge