IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KASHIF M. ROBERTSON** | : | CIVIL ACTION NO. 1:14-cv-846 |
| | : | |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| **DARRIN A BATES, et al.** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the captioned action is a November 2, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 7th day of December 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Schwab (Doc. No. 35).

2) Defendants' motion to dismiss the complaint (Doc. No. 24) is **GRANTED**.

3) The Clerk of Court shall **CLOSE** this case.

                                                             s/ Yvette Kane
                                                             YVETTE KANE, District Judge
                                                            United States District Court
                                                            Middle District of Pennsylvania