October 23, 2020

Kashif M. Robertson, #062688
Dauphin County Prison
501 Mall Road
Harrisburg, PA. 17111-1299

In re: Robertson v. Bates et al.,
Civil No: 1:14-CV-846

Subject: To request a copy of documents issued on the above listed docket for review.

Dear Clerk of Court,

I respectfully request a copy of the Court Orders disposing of the above listed complaint as well as any recommendations issued by the Honorable Chief United States Magistrate Judge Susan E. Schwab, issued on the above listed docket. I authorize the usage of the monies all ready collected from my account by the prison on doc. no. 1:20-CV-01736, to satisfy the cost of the requested copies and or the balance of $50.00, that was also paid in my behalf for the filing fee of that docket. I also request a docket sheet for each referenced docket in this letter for my records, as well can I have (6) six more copies of the U.S. Marshalls service forms as I will need to amend my complaint on doc. no. 1:20-CV-01736, please. Thank you for your time and attention in this matter and I anticipate your prompt response.

FILED
SCRANTON
OCT 29 2020
PER _____
DEPUTY CLERK

Sincerely,
Kashif Robertson

NAME Kashif Robertson
D.C.P.# 063688
**DAUPHIN COUNTY PRISON**
501 MALL ROAD
HARRISBURG, PA 17111-1299

RECEIVED
SCRANTON
OCT 29 2020
PER _____
DEPUTY CLERK

HARRISBURG PA 171
26 OCT 2020 PM 1 L

Office of the Clerk
United States District Court
Middle District of Pennsylvania
P.O. Box 1148
Scranton, Pennsylvania, 18501-1148

18501-114848

